IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE FRANCIS MILLER, SR., | No. 2:17-CV-0759-KJM-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| DEPARTMENT OF VETERANS AFFAIRS, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. On February 19, 2019, the court determined plaintiff's first amended complaint was appropriate for service. <u>See</u> ECF No. 7. In conjunction with that finding, the matter was set for an initial scheduling conference before the undersigned in Redding, California, on June 26, 2019. Plaintiff then filed a second amended complaint as of right on March 7, 2019, which the court also has determined is appropriate for service. <u>See</u> ECF Nos. 13 (second amended complaint) and 15 (order). In conduction with that finding, the matter was again set for a scheduling conference before the undersigned on August 7, 2019. On the court's own motion, the June 26, 2019, date is vacated.

/ / /

/ / /

/ / /

The initial scheduling conference this matter shall occur on August 7, 2019, at 10:00 a.m. in Redding, California.

IT IS SO ORDERED.

Dated: April 11, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE