IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE FRANCIS MILLER, SR., | No. 2:17-CV-0759-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF VETERANS AFFAIRS, | |
| Defendant. | |

      Plaintiff, who is proceeding pro se, brings this civil action. On the court's own motion and good cause appearing therefor, the scheduling conference set for August 7, 2019, before the undersigned in Redding, California, is vacated pending resolution of defendant's motion for summary judgment, set for hearing on August 7, 2019.

      IT IS SO ORDERED.

Dated: June 18, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1