# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE FRANCIS MILLER, SR., | No. 2:17-CV-0759-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF VETERANS AFFAIRS, | |
| Defendant. | |

      Plaintiff, who is proceeding pro se, brings this civil action. No opposition to the pending motion for summary judgment has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for August 7, 2019, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument. Defendant's request for approval of telephonic appearance on August 7, 2019, is denied as unnecessary.

      IT IS SO ORDERED.

Dated: August 5, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE